

GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

SEP 2 0 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.   CR-22-1216-PHX-DLR (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:   18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 1-5 |
| Jordan Alexandria Salazar, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about March 20, 2021, in the District of Arizona, Defendant JORDAN ALEXANDRIA SALAZAR knowingly made a false statement and representation to Pawn1st, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn1st, in that Defendant JORDAN ALEXANDRIA SALAZAR executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearm, whereas in truth and fact, Defendant knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about August 13, 2021, in the District of Arizona, Defendant JORDAN ALEXANDRIA SALAZAR knowingly made a false statement and representation to Ammo A-Z, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant JORDAN ALEXANDRIA SALAZAR executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearm, whereas in truth and fact, Defendant knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about August 13, 2021, in the District of Arizona, Defendant JORDAN ALEXANDRIA SALAZAR knowingly made a false statement and representation to North Phoenix Pawn, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of North Phoenix Pawn, in that Defendant JORDAN ALEXANDRIA SALAZAR executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearm, whereas in truth and fact, Defendant knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about September 11, 2021, in the District of Arizona, Defendant JORDAN ALEXANDRIA SALAZAR knowingly made a false statement and representation to Pawn1st, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn1st, in that Defendant JORDAN

ALEXANDRIA SALAZAR executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearm, whereas in truth and fact, Defendant knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

<strong><u>COUNT 5</u></strong>

On or about September 11, 2021, in the District of Arizona, Defendant JORDAN ALEXANDRIA SALAZAR knowingly made a false statement and representation to Ammo A-Z, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant JORDAN ALEXANDRIA SALAZAR executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearm, whereas in truth and fact, Defendant knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s
FOREPERSON OF THE GRAND JURY
Date:  September 20, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s
BENJAMIN GOLDBERG
Assistant U.S. Attorney